■ THE PEOPLE OF THE STATE OF NEW YORK v. NATHANIEL H. SATTERFIELD. — Order of this court entered on July 20, 1962 insofar as it assigns Anthony F. Marra, Esq., as counsel for the defendant-appellant, is vacated, and Michael R.

Silberstein, Esq., of 507 East 161st Street, Bronx, New York, is assigned as counsel for defendant-appellant in the place and stead of Anthony F. Marra, Esq. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.